# BOARD OF ELECTION COMMISSIONERS

For The City Of St. Louis
(314) 622-4336  Fax (314) 622-3587

Hon. Joan M. Burger, Chairperson
Benjamin M. Phillips, Sr., Member

Mary Wheeler-Jones, Director



Jeremiah W. (Jay) Nixon
Governor

Jack Lary, Secretary
Andrew L. Schwartz, Member

Leo G. Stoff, Jr., Director

October 27, 2014

Under the law, a candidate runs in the General Election as either a party candidate or as an independent candidate. Therefore, any sample ballot distributed by or on behalf of a candidate must clearly indicate whether that candidate is running as a party candidate or as an independent candidate <u>only</u>. Any sample ballot found to be in violation of this policy shall be seized by the St. Louis City Election Board.

BOARD OF ELECTION COMMISSIONERS:

_____
Hon. Joan M. Burger, Chair

**EXHIBIT C**