UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER FLORIDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14 CV 1840 RWS |
| ) | |
| BOARD OF ELECTION ) | |
| COMMISSIONERS FOR THE ) | |
| CITY OF ST. LOUIS, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## TEMPORARY RESTRAINING ORDER

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that defendant, its officers, employees, or agents, and those acting on its behalf or in concert with it are prohibited from seizing plaintiff's campaign materials and shall immediately return any campaign materials seized from plaintiff.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall take effect upon plaintiff's posting of a bond in the amount of $50.00 and shall remain in effect for 14 days.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of November, 2014.