UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER FLORIDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:14-cv-1840-RWS |
| | ) |
| BOARD OF ELECTION COMMISSIONERS | ) |
| FOR THE CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Come now Gerald P. Greiman and the law firm Spencer Fane Britt & Browne LLP, and hereby enter their appearance on behalf of Defendant Board of Election Commissioners for the City of St. Louis, Missouri.

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Gerald P. Greiman
    Gerald P. Greiman #26668 MO
    Ryan C. Hardy #62926 MO
    1 N. Brentwood Blvd., Suite 1000
    St. Louis, MO 63105-3925
    (314) 863-7733 (telephone)
    (314) 862-4656 (facsimile)
    ggreiman@spencerfane.com
    rhardy@spencerfane.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of November, 2014, the foregoing document was filed electronically with the Clerk of the Court, to be served electronically by the Court's electronic filing system, upon the following attorneys of record. A copy was also sent via e-mail to said attorneys of record:

Anthony E. Rothert
Grant R. Doty
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, MO  63108
trothert@aclu-mo.org
gdoty@aclu-mo.org

Gillian R. Wilcox
ACLU of Missouri Foundation
3601 Main Street
Kansas City, MO  64111
gwilcox@aclu-mo.org

**Attorneys for Plaintiff**

                                              /s/  Gerald P. Greiman